IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **ALZONTA MAGEE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL NO.  05-093-GPM |
| | ) | |
| **DEBI MIDDENDORF, WILLIAM SPILLER, EUGENE McADORY, CHARLES HINSLEY, and JAY HAMILTON,** | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

# JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A.  The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that this action is dismissed on the merits as legally frivolous.  Plaintiff shall take nothing from this action.

02/28/06                                      By:  s/ G. Patrick Murphy
*Date*                                                    *District Judge*